UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.     CV05-5948-JSL                                          Date: Sept 26, 2008

Title: Barry Rosen -v- Iconographs Inc., et al
================================================================================:
**THE HONORABLE J. SPENCER LETTS**

| Nancy J. Webb | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

 Not present                                                                 Not present

PROCEEDINGS: ORDER TO SHOW CAUSE: (In chambers)

IT IS ORDERED that counsel for plaintiff show cause in writing not later than Oct. 14, 2008 why this action should not be dismissed for lack of prosecution.

No oral argument will be heard on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiff(s) response. The Court will consider as a satisfactory response the filing of one or more of the following on or before the date shown above.

\_\_     Proof of Service of summons and complaint on all   defendants.

–     Defendants answer or plaintiff's request to enter  default.

**XX     Plaintiff's filing of a motion for entry of default  Judgment (or request to the Clerk -
         See F.R.C.P.)
          As to defendant Advantagecom Network**

             CV MINUTES                          Initials of Deputy Clerk___nw
                                                                   ____:00